The Honorable Ricardo S. Martinez
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YONG GUO,<br><br>Petitioner,<br><br>v.<br><br>MERRICK GARLAND, Attorney General; ALEJANDRO MAYORKAS, Secretary of Homeland Security; NATALIE ASHER, Seattle Field Office Director, U.S. Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the U.S. Immigration and Customs Enforcement,<br><br>Respondents. | No. 2:21-cv-00942-RSM-BAT<br><br>JOINT STIPULATION AND ORDER DISMISSING HABEAS PETITION<br><br>NOTE ON MOTION CALENDAR:<br>September 8, 2021. |

COMES NOW Respondents, by and through their counsel, Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Katie Fairchild, Assistant United States Attorney for said District, and Petitioner, by and through his counsel Assistant Federal Public Defender Sara Brin, and hereby jointly stipulate and agree as follows:

WHEREAS on July 15, 2021, Petitioner filed a habeas petition challenging his continued immigration detention. Dkt. No. 1.

WHEREAS on August 20, 2021, Respondents filed a Motion to Dismiss. Dkt No. 8.

JOINT STIPULATION AND ORDER
DISMISSING HABEAS PETITION
2:21-cv-00942-RSM-BAT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101-1271
(206) 553-7970

1    WHEREAS on August 12, 2021, Petitioner was removed from the United States and
2 released from custody.  *See* Dkt. No. 9, Fairchild Decl., ¶ 2, Ex. A.
3    WHEREAS the parties agree that Petitioner's release renders the habeas petition moot.
4 *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007).
5    WHEREAS the parties agree that this action should be dismissed as moot without fees
6 or costs to either party.
7    WHEREAS the parties agree that the pending Motion to Dismiss should be denied as
8 moot.
9    NOW THEREFORE, the parties, through their respective counsel of record, do hereby
10 stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.
2. Respondents' Motion to Dismiss is denied as moot.

SO STIPULATED.

DATED this 8th day of September, 2021.

TESSA M. GORMAN
Acting United States Attorney


 *s/ Katie D. Fairchild*
KATIE D. FAIRCHILD WSBA #47712
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone:  (206) 553-7970
Fax:  (206) 553-4067
E-mail:  katie.fairchild@usdoj.gov

Attorneys for Respondents

//

//

JOUNT STIPULATION AND ORDER
DISMISSING HABEAS PETITION
2:21-cv-00942-RSM-BAT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101-1271
(206) 553-7970

1   SO STIPULATED.

2   DATED this 8th day of September, 2021.

3

4

5    *s/ Sara Brin*
    SARA BRIN, WSBA # 52476
6   Assistant Federal Public Defender
    Federal Public Defender's Office
7   1601 Fifth Avenue, Suite 700
    Seattle, Washington  98101
8   Telephone: (206) 553-1100
    Email:  sara_brin@fd.org
9
    Attorney for Petitioner
10

JOINT STIPULATION AND ORDER
DISMISSING HABEAS PETITION
2:21-cv-00942-RSM-BAT - 3

**UNITED STATES ATTORNEY**
**700 S**TEWART **S**TREET**, S**UITE **5220**
**S**EATTLE**, W**ASHINGTON  **98101-1271**
**(206) 553-7970**

# **ORDER**

IT IS SO ORDERED.

DATED this 8th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
DISMISSING HABEAS PETITION
2:21-cv-00942-RSM-BAT - 4

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970